

**ROTHWELL FIGG**
IP Professionals

The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, NY 10562
Telephone (914) 941-5668
Facsimile   (914) 941-6091

Washington, D.C. ▪ New York ▪ Boston

July 21, 2023

**Via ECF**
Hon. Philip M. Halpern
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> Application granted. The pre-motion conference scheduled for August 23, 2023 is hereby re-scheduled to August 31, 2023 at 10:00a.m.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 26.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         July 24, 2023

Re:   *Mirrorlite Mirror, Inc. v. LiteMirror, GMM Inc.*, 23-cv-03437-PMH (S.D.N.Y.)

Dear Judge Halpern:

    We represent the Plaintiff Mirrorlite Mirror, Inc.  The undersigned counsel will be traveling during the week of August 23, 2023, including on August 23, the date that the Court scheduled the pre-motion conference regarding Defendant's proposed motion to dismiss (Docket No. 25).  Accordingly, Plaintiff respectfully requests an adjournment of this conference.

    Plaintiff has conferred with Defendant, who consents to this adjournment request.  The Parties are mutually available to reschedule the conference to any of the following dates:  August 29, 30, 31 and September 7 and 8, 2023.  This is the first request for an adjournment of this date and it should not impact any other scheduled deadlines in the case.

    Thank you for your consideration.

                            Respectfully submitted,
                            ROTHWELL FIGG

                            s/ Jeffrey A. Lindenbaum
                            Jeffrey A. Lindenbaum (JL-1971)
                            jlindenbaum@rothwellfigg.com
                            *Counsel for Plaintiff*

cc:  Counsel of record via ECF