UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MIRRORLITE MIRROR, INC.,

                  Plaintiff,

             -against-                                  23-3437 (LAK)

GLASSLESS MIRROR MANUFACTURERS INC.,

                  Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

Lewis A. Kaplan, *District Judge.*

        Trial shall commence on February 25, 2026 at 9:30 a.m.  It shall continue on February 26 and, to the extent necessary, March 2, 3 and 5 or, if counsel can be available on March 4, on March 4.

        The Court appreciates counsel taking the initiative in informing the Court of their availability for trial.

        SO ORDERED.

Dated:       January 30, 2026

                                      Lewis A. Kaplan
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/30/2026