USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE _____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MEMO ENDORSED

|  |  |
|---|---|
| MIRRORLITE MIRROR, INC.,<br><br>   *Plaintiff,*<br><br>  v.<br><br>GLASSLESS MIRROR MANUFACTURERS INC.,<br><br>   *Defendant.* | Civil Action No. 7:23-cv-03437-PMH |

**NOTICE OF DEFENDANT GLASSLESS MIRROR MANUFACTURERS INC.'S MOTION *IN LIMINE* TO EXCLUDE ARGUMENTS, DOCUMENTS, AND TESTIMONY CONCERNING THE CONDUCT OF THIRD-PARTY GTECH FITNESS**

PLEASE TAKE NOTICE THAT Defendant Glassless Mirror Manufacturers Inc. ("Defendant") shall move the Honorable Philip M. Halpern, United States District Judge for the United States District Court for the Southern District of New York, at the United States Courthouse, 300 Quarropas Street, White Plains, NY 10601-4150, at such date and time as the Court shall set, for an order granting Defendant's motion *in limine* to exclude arguments, documents, and testimony concerning the conduct of third-party Gtech Fitness.

Date:  November 17, 2025
   White Plains, New York

Respectfully submitted,

**LEASON ELLIS LLP**

Robert M. Isackson
Lori L. Cooper
Tatsuya Adachi
One North Lexington Avenue
Suite 1200
White Plains, New York 10601
Tel.: (914) 288-0022
isackson@leasonellis.com
cooper@leasonellis.com
adachi@leasonellis.com
lelitdocketing@leasonellis.com

*Attorneys for Defendant Glassless
Mirror Manufacturers Inc.*

Memorandum Endorsement    MirrorLite Mirror, Inc. v. Glassless Mirror, etc., 23-cv-3437 (LAK)

        The motion is denied. The denial is without prejudice to renewal at trial of objections to specific documents.

        SO ORDERED.

Dated:      February 4, 2026

                                    Lewis A. Kaplan
                                United States District Judge